UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD M. GARRETT,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-11-00040-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 18.) Attorney Maureen Rosette represents Plaintiff Ronald M. Garrett; Special Assistant United States Attorney Nancy A. Mishalanie represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 18)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall (1) update the record and receive any additional evidence Plaintiff wishes to submit; (2) give further consideration to examining medical source opinion of Renee Thompson, Psy.D., and treating non-medical source opinion of Daniel Clingaman, LMHC; (3) give further consideration to

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Plaintiff's subjective allegations; (4) give further consideration to Plaintiff's subjective allegations; (5) give further consideration to the remaining steps of the sequential evaluation, obtaining supplemental testimony from a vocational expert consistent with the Dictionary of Occupational Titles to clarify the effect of the assessed limitations on the occupational base; and (6) associate this case with Plaintiff's subsequent application, filed on January 27, 2010.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 13**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED January 11, 2012.

                S/ CYNTHIA IMBROGNO
           UNITED STATES MAGISTRATE JUDGE