UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

RONALD M. GARRETT,            )
                              )
    Plaintiff,                )
                              )  NO.  CV-11-040-CI
    v.                        )
                              )  **JUDGMENT IN A**
MICHAEL J. ASTRUE,            )  **CIVIL CASE**
Commissioner of Social Security, )
                              )
    Defendant.                )
_____)

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: January 11, 2012

                                     JAMES R. LARSEN
                                     District Court Executive/Clerk

                                     s/ L. Stejskal
                                     Deputy Clerk